

150 N. Riverside Plaza, Suite 3000, Chicago, IL 60606 • (312) 819-1900

April 26, 2024

Thomas L. Gemmell
(312) 873-3688
tgemmell@polsinelli.com

**EMAIL AND U.S. MAIL**

Michael Bradford
Luedeka Neely
PO Box 1871
Knoxville, Tennessee 37901
mbradford@luedeka.com

> **Re:** **Proposal Re Dr. Roger P. Jackson's Patent Portfolio for Spinal Implants**

Dear Mr. Bradford:

Further to my July 14, 2022 and February 28, 2023 letters to Mr. Ainsworth and in response in part to your April 6, 2023 email, Dr. Jackson is familiar with ChoiceSpine's Lancer and Thunderbolt spinal fixation systems and believes that ChoiceSpine would benefit from his intellectual property portfolio technologies to open the way for ChoiceSpine to further develop more favored products and product line extensions to capture market share.

As you may be aware, Dr. Jackson is an inventive spine surgeon with decades of experience in spinal surgery and in the spinal market and who is also at the forefront of technological developments for such implants and systems and their use in surgery. For years, he has spearheaded innovations aimed at providing improved technologies for spinal implant systems and more procedural options and enhanced approaches for surgeons and their patients. In that regard, more recently Dr. Jackson and his engineers have developed first-in-the-world screw-rod-based spinal fixation systems, each featuring bone anchors with Maximum Modularity (MAX MOD) having a shank head of universal, single-geometric size and shape, i.e., SHANK HEAD UNIVERSALITY (SHU) GEOMETRIC SINGULARITY, for connecting with various friction-fit shank head receiver sub-assemblies having different functionalities to meet a wide range of procedural surgical solutions. In that regard, the SHU technology is truly innovative and adaptive. Depending on surgeon preferences, the bone anchors in these advanced systems can be configured pre-assembled, and have a Frictional Axial Independent Rotation (FAIR) feature for each shank-receiver configuration, including uniplanar and fixed screws, or in modular offerings, again with FAIR, to facilitate insertion of spinal constructs and for improved and more efficient workflow, as

Atlanta   Boston   Chicago   Dallas   Denver   Houston   Kansas City   Los Angeles   Miami   Nashville   New York
Phoenix   St. Louis   San Francisco   Seattle   Silicon Valley   Washington, D.C.   Wilmington
Polsinelli PC, Polsinelli LLP in California



April 26, 2024
Page 2

well as for better inventory management, contained costs, and more rapid and enabled product line developments and extensions.

These newer MAX MOD SHU Systems can also be configured to work with existing company instrumentation, receiver profiles and technologies for most all surgical procedures, navigated or completely manual, powered or not, and with or without robotic assistance. These systems can also use any type of closure and locking mechanism, including those having splay-limiting helically wound thread forms, such as reverse angle, modified buttress, square and helical flange thread forms, which ChoiceSpine may currently be using. To be clear, these SHU systems substantially differentiate over your current spinal fixation systems and the prior art for these technologies.

To that end, Dr. Jackson would like the opportunity to meet with ChoiceSpine business representatives and engineers to discuss and demonstrate his newer enabling device technologies, as outlined above. Of particular interest to ChoiceSpine may be those technologies identified in the attached Jackson IP Portfolio Index, including the IP in his spinal fixation systems with modular SHU, again featuring shank head GEOMETRIC SINGULARITY for bottom-loading into the receiver sub-assemblies with different functionalities, including independent screw-rod provisional locking.

As you requested, attached are exemplar claim charts for claim 1 of U.S. Patent No. 10,245,078 and claim 1 of U.S. Patent No. 9,999,452. Charts for claim 31 of U.S. Patent No. 11,464,548 and claim 1 of U.S. Patent No. 9,456,853 will be forthcoming. We would also like to make you aware and inform you that it is our belief that ChoiceSpine's Thunderbolt and Lancer systems and product line extensions also need a license to at least claim 1 of Dr. Jackson's U.S. Patent No. 10,039,577 and claim 15 of U.S. Application No. 2023/0108164 (now issued U.S. Patent No. 11,931,080), for which I've also attached exemplar claim analyses. Therefore, Dr. Jackson would further propose meeting to discuss a licensing arrangement that would allow broad rights for ChoiceSpine to have access to substantially all of Dr. Jackson's spinal implant patent portfolio, currently comprising over 275 U.S. patents, as outlined in the attached Jackson IP Portfolio Index and categorized by enabling device technologies.



April 26, 2024
Page 3


Please let me know within 45 days of the date for this correspondence if ChoiceSpine would be interested in moving forward on these proposals and discuss more specifics with Dr. Jackson and eventually his engineers.

Sincerely,

Thomas L. Gemmell

attachments

cc: Roger Jackson, M.D.