## US Patent No. 9,999,452 vs. Choice Spine Lancer and Thunderbolt

*This is an exemplar infringement analysis and does not purport to identify all infringed claims.

| Claim 1 of '452 Patent | Product |
|---|---|
| 1. A receiver of a bone anchor, the receiver being configured to accept a rod that is locked in the receiver via a closure top, the receiver comprising: |   |
| a receiver body having a center longitudinal axis, a base, and a pair of upright arms extending upwardly from the base to define an open channel for receiving the rod, |  |

| the open channel opening through front and back outer faces of the receiver body, |   |
|---|---|
| the upright arms having opposed interior surfaces mateable with the closure top to securely lock the rod within the open channel, side outer faces opposite the interior surfaces, and top side surfaces defining a top of the receiver body; |  |

| at least one horizontally-elongated upper tool engaging groove formed into the side outer face of each upright arm, |  |
|---|---|
| the upper tool engaging grooves being spaced a distance below the top side surface and extending to at least one of the front outer face and the back outer face; |  |

RO

| a first substantially planar outwardly-facing surface formed on both the front and back outer faces of the receiver body; and |  |
| --- | --- |

| a second substantially planar outwardly-facing surface formed into both side outer faces of the upright arms below the upper tool engaging groove, |  |
| --- | --- |

| | |
|---|---|
| wherein the second substantially planar outwardly-facing surfaces are perpendicular to the first substantially planar outwardly-facing surfaces. |  |

## US Patent No. 10,039,577 vs. Choice Spine Lancer and Thunderbolt

*This is an exemplar infringement analysis and does not purport to identify all infringed claims.

| Claim 1 of '577 Patent | Product |
| --- | --- |
| 1. A bone anchor receiver attachable to a tool and configured to receive a rod, the bone anchor receiver comprising: |   |
| a receiver base and a pair of opposed upright arms with inwardly facing surfaces forming a rod-receiving channel therebetween and extending transverse to a longitudinal axis of the receiver, |  |

the rod-receiving channel opening onto each of a top surface of the receiver, an outwardly facing front surface of the receiver and an outwardly facing back surface of the receiver opposite the outwardly facing front surface,




the receiver base and opposed upright arms having lateral side outwardly facing surfaces opposite the inwardly facing surfaces forming the channel;



| the receiver further including a horizontal radiused tool attachment structure formed into the lateral side outwardly facing surfaces of each upright arm and spaced from the top surface, |  |
| --- | --- |
| each tool attachment structure extending to at least one of the outwardly facing front and back surfaces; |  |

| wherein each horizontal radiused tool attachment structure includes an upper edge downwardly facing surface, a lower edge upwardly facing surface and a recessed radiused surface extending vertically between and connecting the downwardly facing surface and the upwardly facing surface, |  |
|---|---|

| the recessed radiused surface extending horizontally along the upright arms and being parallel to the longitudinal axis; and |  |
|---|---|

| | |
|---|---|
| wherein the receiver outwardly facing front and back surfaces each include a first planar surface portion extending along the front and back surface at least partially below the upper edge downwardly facing surface of each horizontal radiused tool attachment structure, |  |
| the first planar surface portions being parallel with respect to each other, and the receiver base and upright arm lateral side outwardly facing surfaces each include a second planar surface portion extending along the lateral side outwardly facing surface at least partially below the upper edge downwardly facing surface of each horizontal radiused tool attachment structure, |  |

| | |
|---|---|
| the second planar surface portions being parallel with respect to each other and perpendicular to the first planar surface portions. |  |

## US Patent No. 10,245,078 vs. Choice Spine Lancer and Thunderbolt

*This is an exemplar infringement analysis and does not purport to identify all infringed claims.

| Claim 1 of '078 Patent | Product |
|---|---|
| 1. A receiver of a bone anchor, the receiver being configured to accept a rod that is locked in the receiver via a closure top, the receiver comprising: |  |
| a receiver body having a longitudinal axis, a base, and a pair of upright arms extending upwardly from the base to define an open channel for receiving the rod, |  |

| | |
|---|---|
| the open channel having a transverse axis perpendicular to the longitudinal axis and opening through front and back outer faces of the receiver body, |   |
| the upright arms having opposed interior surfaces mateable with the closure top to securely lock the rod within the open channel and |  |

| | |
|---|---|
| top surfaces defining a top of the receiver body, the receiver body having side outer faces opposite the interior surfaces of each upright arm and extending downward across the base to a bottom of the receiver body; and |   |
| at least one horizontally-elongated upper tool engaging groove formed into the side outer face of each upright arm, |   |

each upper tool engaging groove being spaced an equal distance below the top surfaces and having downwardly-facing surfaces extending to at least one of the front outer <u>face</u> and the back outer face of the receiver body,

 

wherein the front and back outer faces of the receiver body include first substantially planar outwardly-facing surfaces adjacent and extending below the open channel,

  

| | |
|---|---|
| the first substantially planar outwardly-facing surfaces being perpendicular to the open channel transverse axis and parallel to the receiver longitudinal axis, and |  |
| wherein each of the side outer faces of the receiver body include a second substantially planar outwardly-facing surface below the at least one upper tool engaging groove, |  |

the second substantially planar outwardly-facing surfaces being parallel to both the open channel transverse axis and the receiver longitudinal axis.



## US Patent Pub. No. 2023/0108164 vs. Choice Spine Lancer and Thunderbolt

*This is an exemplar infringement analysis and does not purport to identify all infringed claims.

| Claim 15 of '164 Patent Pub | Product |
|---|---|
| 15. A method for rotatably positioning a threaded plug in a bone anchor receiver, the method comprising: | |
| providing the bone anchor receiver including a longitudinal axis, a base, an upper portion defining a channel, interior surfaces, |  |

R0

| | |
|---|---|
| exterior surfaces opposite the interior surfaces, and |  |
| an interlocking and gripping helically wound thread form formed at least partially within the interior surfaces, |   |

| the channel extending between a front surface and a back surface of the bone anchor receiver and communicating with a top surface defining a top of the bone anchor receiver, |  |
| the exterior surfaces including a first variable-depth portion configured to be engaged by a tool, the first variable-depth portion including a first planar outwardly-facing surface and a first curvate outward facing surface, |   |

| | |
|---|---|
| the first planar outwardly-facing surface lying within a first plane that is parallel with the longitudinal axis; and |  |
| providing the threaded plug, the threaded plug comprising a cylindrical body having a central axis and an external surface with a lower annular edge and a continuous interlocking helically wound thread form formed on at least a portion of the external surface, |    |

| a lower end of the thread form extending down so as to be located at least adjacent to the lower annular edge, |  |
| --- | --- |
| the thread form of the threaded plug having a leading surface and a trailing surface extending outwardly with respect to the central axis of the cylindrical body of the threaded plug, |  |

| | |
|---|---|
| the thread form integrally formed with the external surface of the cylindrical body at a base thereof and having a first width at the base, |  |

| | |
|---|---|
| the leading and trailing surfaces of the thread form defining a second width that is greater than the first width at a position that is spaced radially outward with respect to the base, | <br>208 |

| | |
|---|---|
| the leading surface of the thread form includes downwardly facing gripping surface portions adjacent the second width, |  |
| the trailing surface of the thread form includes upwardly facing gripping surface portions adjacent the second width; |  |

| positioning the threaded plug within the channel of the bone anchor receiver; and |  |
|---|---|
| rotatably engaging the downwardly facing gripping surface portions and upwardly facing gripping surface portions with corresponding gripping mating surfaces formed on the interlocking and gripping helically wound thread form of the bone anchor receiver, |  |

R0

| | |
|---|---|
| wherein, when the bone anchor receiver is in a locked configuration with the threaded plug, the threaded plug does not extend over any part of the top surface defining the top of the bone anchor receiver. |  |