

150 N. Riverside Plaza, Suite 3000, Chicago, IL 60606 • (312) 819-1900

May 30, 2024

Thomas L. Gemmell
(312) 873-3688
tgemmell@polsinelli.com

**E**MAIL AND **U.S.** **M**AIL
Michael Bradford
Luedeka Neely
PO Box 1871
Knoxville, Tennessee 37901
mbradford@luedeka.com

**Re:** **Proposal Re Dr. Roger P. Jackson's Patent Portfolio for Spinal Implants**

Dear Mr. Bradford:

Further to my April 26, 2024 letter, I write to additionally notify you that ChoiceSpine's Thunderbolt and Lancer spinal fixation systems also infringe at least claim 19 of Dr. Jackson's U.S. Patent No. 11,419,638, for which I've attached exemplar claim analysis.

Sincerely,

Thomas L. Gemmell

attachment

cc: Roger Jackson, M.D.

polsinelli.com

Atlanta    Boston    Chicago    Dallas    Denver    Houston    Kansas City    Los Angeles    Miami    Nashville    New York
Phoenix    St. Louis    San Francisco    Seattle    Silicon Valley    Washington, D.C.    Wilmington
Polsinelli PC, Polsinelli LLP in California